IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 16-cv-02278-PAB

VCRF WIDEFIELD APARTMENTS LLP,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

## ORDER TO SHOW CAUSE

This matter is before the Court on defendant's Response to the Order to Show Cause [Docket No. 34], Supplemental Response to Order to Show Cause [Docket No. 35], and Second Supplemental Response to Order to Show Cause [Docket No. 36]. Defendant states that the Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1332.  Docket No. 1 at 2, ¶ 8.

Defendant states that "[t]he parties have now filed all relevant affidavits for all of Plaintiff's partners."  Docket No. 36 at 1.  However, the affidavit of Sheila Venezia attached to the first supplemental response to the order to show cause states that JV Ranches, LLC is a member of plaintiff and that JV Ranches, LLC is comprised of Assisi V, LLC and herself.  Docket No. 35-1.  Defendant provides no information regarding the members of Assisi V, LLC or their domiciles.

As the Court stated in its order to show cause, Docket No. 25, when an entity is comprised of multiple layers of constituent entities, the citizenship determination

requires an exploration of the citizenship of the constituent entities as far down as necessary to unravel fully the citizenship of the entity before the court. See *U.S. Advisor, LLC v. Berkshire Prop. Advisors, LLC*, No. 09-cv-00697-PAB-CBS, 2009 WL 2055206, at *2 (D. Colo. July 10, 2009). An LLC, much like a partnership, is deemed to be a citizen of all of the states of which its members are citizens. See *Siloam Springs Hotel, L.L.C. v. Century Sur. Co.*, 781 F.3d 1233, 1237-38 (10th Cir. 2015).

Because defendant has provided no information regarding the citizenship of Assisi V, LLC, it is

**ORDERED** that, on or before **December 28, 2016**, defendant shall show cause why this case should not be remanded due to the Court's lack of subject matter jurisdiction.

DATED December 19, 2016.

> BY THE COURT:
>
>  s/Philip A. Brimmer
> PHILIP A. BRIMMER
> United States District Judge