IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 16-cv-02278-PAB

VCRF WIDEFIELD APARTMENTS LLP,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the Court's Order to Show Cause [Docket No. 38]. Defendant states that the Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1332. Docket No. 1 at 2, ¶ 8.

On October 25, 2016, the Court ordered defendant to show cause why this case should not be remanded due to the Court's lack of subject matter jurisdiction. Docket No. 25. On November 4, 2016, defendant requested an extension of time to respond to the order to show cause. Docket No. 28. The Court granted defendant's request for an extension until December 7, 2016. Docket No. 29. On December 7, 2016, defendant requested another extension to respond to the order to show cause. Docket No. 31. The Court granted that motion and gave defendant until December 14, 2016 to fully respond to the order to show cause. Docket No. 32. On December 15, 2016, defendant filed a response to the order to show cause and two supplements. Docket Nos. 34, 35, 36. On December 19, 2016, the Court again ordered defendant to show

cause, on or before December 28, 2016, why this case should not be remanded due to the Court's lack of subject matter jurisdiction.  Docket No. 38.  Defendant has not filed a response to the second order to show cause.

Absent an assurance that jurisdiction exists, a court may not proceed in a case. *See Cunningham v. BHP Petroleum Great Britain PLC,* 427 F.3d 1238, 1245 (10th Cir. 2005).  It is well established that "[t]he party invoking federal jurisdiction bears the burden of establishing such jurisdiction as a threshold matter."  *Radil v. Sanborn W. Camps, Inc.*, 384 F.3d 1220, 1224 (10th Cir. 2004).

Defendant has failed to meet its burden of establishing subject matter jurisdiction in this case.

For the foregoing reasons, it is

**ORDERED** that the case shall be remanded to the District Court for El Paso County, Colorado where it was filed as Case No. 2016CV31433.

DATED January 6, 2017.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge